IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| AMANDA WEEKS, | * |
| Plaintiff, | * |
| v. | Case No. 7:23-cv-77 (LAG) |
| | * |
| COLQUITT COUNTY GEORGIA, et al., | * |
| Defendants. | * |
| | * |

**J U D G M E N T**

Pursuant to this Court's Order dated January 9, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 9th day of January, 2026.

David W. Bunt, Clerk

s/ Katie Logsdon, Deputy Clerk